668 A.2d 1112

**Gregory G. BELEY, Petitioner,**

v.

**STANDARD SAVINGS AND LOAN ASSOCIATION OF WILKINSBURG, PA.**

v.

**CENTURY 21 METRO REALTY EAST, Respondent.**

Supreme Court of Pennsylvania.

Nov. 9, 1995.

## *ORDER*

PER CURIAM:

**AND NOW,** this 9th day of November, 1995, the Petition for Allowance of Appeal is granted and the case Remanded to the Superior Court for consideration of appeal as a case stated,

based on the admissions and stipulated facts set forth in the Trial Court's Adjudication.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).